UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>BRYAN ALAN SPARKS,<br><br>  Defendant. | Case No. CR21-189<br><br>**DETENTION ORDER** |

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1) Defendant has been charged with count 1: conspiracy to commit mail fraud, counts 2-6: mail fraud, counts 7-12: mail fraud, counts 13-16: aggravated identity theft. Defendant has prior criminal convictions for felony offenses. The Court received no information about defendant's personal history, residence, family or community ties, employment history, financial status, health, and substance use. The defendant through his attorney made no

DETENTION ORDER - 1

argument as to release, lodged no objections to the contents of the United States Probation and Pretrial report, and stipulated to detention with the request to revisit detention if and when the outstanding warrant in California is quashed.

It is therefore **ORDERED**:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

2. Defendant may move to reopen the detention hearing should the outstanding warrant in California be quashed.

3. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

4. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

5. The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of May, 2022.

PAULA L. MCCANDLIS
United States Magistrate Judge