HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 21-189 JLR |
| Plaintiff, | |
| v. | WAIVER OF SPEEDY TRIAL |
| BRYAN SPARKS, | |
| Defendant. | |

I, BRYAN SPARKS, have been advised by my attorney of my right to a speedy trial under the provisions of the Sixth Amendment and the Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq. I hereby knowingly, voluntarily, and with advice of counsel waive my right to a speedy trial and consent to the continuation of the date of my trial from July 11, 2022, to a date up to and including April 30, 2023. I understand that if the Court accepts this waiver, it will exclude the time from the date of the Court's order up to the new trial in calculating the speedy trial expiration date.

DATED this 7 day of ~~May~~ June, 2022

Bryan Sparks

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Bryan Sparks

WAIVER OF SPEEDY TRIAL
(*USA v. Sparks* / CR21-189-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100