UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>BRYAN ALAN SPARKS,<br><br>             Defendant. | NO. CR21-189-JLR<br><br>[~~PROPOSED~~]<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Consolidation Motion for Preliminary Orders of Forfeiture and Orders of Forfeiture (the "Motion"), in which the United States moved for an Order of Forfeiture forfeiting, to the United States, Defendant Bryan Alan Sparks' interest in a sum of money (also known as a forfeiture money judgment) in the amount of $765,262 representing a portion of the proceeds Defendant Sparks obtained from his commission of Wire Fraud, in violation of 18 U.S.C. § 1343.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

Order of Forfeiture - 1
United States v. Sparks, CR21-189-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The proceeds of Wire Fraud, in violation of 18 U.S.C. § 1343, are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);
- In the Plea Agreement he entered on January 20, 2023, Defendant agreed to forfeit his interest in the above-identified sum of money 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as it reflects proceeds he obtained from his commission of Wire Fraud and to which he entered a guilty plea (Dkt. No. 46, ¶ 12);
- The forfeiture of this sum of money is personal to Defendant Sparks and, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and his Plea Agreement, Defendant Sparks' interest in a sum of money in the amount of $765,262 is fully and finally forfeited, in its entirety, to the United States;

2) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to Defendant Sparks at the time he is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

3) No right, title, or interest in the identified sum of money exists in any party other than the United States;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this Order forfeiting the sum of money, in whole or in part, the United States may move to amend this Order at any time, to include substitute property having a value not to exceed $765,262;

5) Forfeiture of the sum of money is separate and distinct from the restitution that is ordered in this case; and

6) The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

Order of Forfeiture - 2
*United States v. Sparks*, CR21-189-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED.

DATED this 10th day of February, 2023.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

Order of Forfeiture - 3
United States v. Sparks, CR21-189-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970