To Judge Robart ~

The good Mr. Fulghum tells us that "Everything We Need To Know We Learned In Kindergarten." I passed kindergarten with flying colors, a slight stutter and a good grasp of right and wrong. Despite that I have made many bad ethical decisions and choices. I've repeatedly made the choice to view people abstractly, as merely names and numbers. When I was committing fraud I looked at people as vehicles for accounts and accounts as vehicles for money. I needed it to support my dysfunctional lifestyle.

I know I committed a large amount of fraud over about a two year period. I didn't know most of my victims but most I did have a picture of. Their DL photos. I knew what I was doing was wrong but it wasn't until I was sober for a good while and read the OIG report and listened to the statements that the abstraction became humanized. When I read that report and listen to the details of the trouble I've caused these people I feel ashamed. Ashamed of the way I profited. I feel like a tick who fed on unwary hosts.

There are four victims who I do know and while I want to make ammends I'm not sure I know how or if I even can.

The brothers Chris and Cody Graybill I have known since I was 13. Their crime was to be similar height, weight and age. I used both repeatedly for fraudulent accounts and counterfeit identities. We were friends once and I betrayed them.

My friend Jeremy Nicholas who I've known since I was 16. He has been there numerous times as I tried to change my life. I repaid him by using his identity to practice turning people into loans.

Autumn Lung, who I met while looking for a friend. I fell in love with her and instead of being a positive force to help her lead a better life I helped her sink further into addiction and taught her fraud.

I wish I could make right these wrongs. I look foword to the supervised release part of my sentence. I was given supervision between 2013-2016 and it was a good period in my life. The structure and accountability helped me stay focused on setting goals and staying sober.

Thank you for your time
Bryan Sparks

Ex 2