## Unofficial Transcript

**Name:** Sparks, Bryan A
**Student ID:** 889808648

SSN: XXX-XX-5527
Birthdate: December-20-XXXX
Print Date: Nov 14, 2022

### Beginning of Credit Record

#### 2015 Winter (Jan 5, 2015 - Feb 8, 2015)

| Course | | College | Title | Units Attempted | Units Earned | Grade | Grade Points | Notes |
|---|---|---|---|---|---|---|---|---|
| CO SCI | 101 | LACC | Intro Co & Their Use | 4.00 | 4.00 | A | 16 | CSU/UC |

| | | | | Units Attempted | Units Earned | GPA Units | Grade Points | |
|---|---|---|---|---|---|---|---|---|
| Term GPA | 4.00 | | Term Totals | 4.00 | 4.00 | 4.00 | 16 | |
| Cum GPA | 4.00 | | Cum Totals | 4.00 | 4.00 | 4.00 | 16 | |
| Cum GPA w/o NDA | 4.00 | | | 4.00 | 4.00 | | 16 | |

#### 2015 Spring (Feb 9, 2015 - Jun 7, 2015)

| Course | | College | Title | Units Attempted | Units Earned | Grade | Grade Points | Notes |
|---|---|---|---|---|---|---|---|---|
| CO SCI | 103 | LACC | Intro Co Sys For Mis | 4.00 | 4.00 | A | 16 | CSU/UC |
| ENGLISH | 101 | LACC | College Rdg&Comp I | 3.00 | 3.00 | A | 12 | CSU/UC |
| HISTORY | 086 | LACC | Intro World Civil I | 3.00 | 3.00 | A | 12 | CSU/UC |
| MATH | 115 | LACC | Elementary Algebra | 5.00 | 5.00 | A | 20 | AA/AS |

| | | | | Units Attempted | Units Earned | GPA Units | Grade Points | |
|---|---|---|---|---|---|---|---|---|
| Term GPA | 4.00 | | Term Totals | 15.00 | 15.00 | 15.00 | 60 | |
| Cum GPA | 4.00 | | Cum Totals | 19.00 | 19.00 | 19.00 | 76 | |
| Cum GPA w/o NDA | 4.00 | | | 19.00 | 19.00 | | 76 | |

**Term Honor:** LACC: Full Time Dean's Honor List

#### 2015 Summer (Jun 15, 2015 - Aug 30, 2015)

| Course | | College | Title | Units Attempted | Units Earned | Grade | Grade Points | Notes |
|---|---|---|---|---|---|---|---|---|
| MATH | 125 | LACC | Intermediate Algebra | 5.00 | 5.00 | A | 20 | AA/AS |

| | | | | Units Attempted | Units Earned | GPA Units | Grade Points | |
|---|---|---|---|---|---|---|---|---|
| Term GPA | 4.00 | | Term Totals | 5.00 | 5.00 | 5.00 | 20 | |
| Cum GPA | 4.00 | | Cum Totals | 24.00 | 24.00 | 24.00 | 96 | |
| Cum GPA w/o NDA | 4.00 | | | 24.00 | 24.00 | | 96 | |

Ex 4, p. 1

## Unofficial Transcript

Name: Sparks, Bryan A
Student ID: 889808648

### 2015 Fall (Aug 31, 2015 - Dec 20, 2015)

| Course | | College | Title | Units Attempted | Units Earned | Grade | Grade Points | Notes |
|---|---|---|---|---|---|---|---|---|
| CO SCI | 104 | LACC | Math For Progrmrs | 3.00 | 3.00 | A | 12 | CSU |
| CO SCI | 139 | LACC | C++ Programming I | 3.00 | 3.00 | A | 12 | CSU/UC |
| HISTORY | 007 | LACC | World Great Religion | 3.00 | 3.00 | A | 12 | CSU/UC |
| MATH | 121 | LACC | Essentials Plane Geo | 3.00 | 3.00 | A | 12 | AA/AS |

| | | | | Units Attempted | Units Earned | GPA Units | Grade Points |
|---|---|---|---|---|---|---|---|
| Term GPA | 4.00 | | Term Totals | 12.00 | 12.00 | 12.00 | 48 |
| Cum GPA | 4.00 | | Cum Totals | 36.00 | 36.00 | 36.00 | 144 |
| Cum GPA w/o NDA | 4.00 | | | 36.00 | 36.00 | | 144 |

Term Honor: LACC: Full Time Dean's Honor List

### 2016 Winter (Jan 4, 2016 - Feb 7, 2016)

| Course | | College | Title | Units Attempted | Units Earned | Grade | Grade Points | Notes |
|---|---|---|---|---|---|---|---|---|
| MATH | 240 | LACC | Trigonometry | 3.00 | 3.00 | A | 12 | CSU |

| | | | | Units Attempted | Units Earned | GPA Units | Grade Points |
|---|---|---|---|---|---|---|---|
| Term GPA | 4.00 | | Term Totals | 3.00 | 3.00 | 3.00 | 12 |
| Cum GPA | 4.00 | | Cum Totals | 39.00 | 39.00 | 39.00 | 156 |
| Cum GPA w/o NDA | 4.00 | | | 39.00 | 39.00 | | 156 |

### 2016 Spring (Feb 8, 2016 - Jun 6, 2016)

| Course | | College | Title | Units Attempted | Units Earned | Grade | Grade Points | Notes |
|---|---|---|---|---|---|---|---|---|
| CO SCI | 140 | LACC | C++ Programmng Ii | 3.00 | 0.00 | W | 0 | CSU/UC |
| CO SCI | 158 | LACC | Hyper-Text Markup Ln | 3.00 | 0.00 | W | 0 | CSU |
| MATH | 260 | LACC | Precalculus | 5.00 | 0.00 | W | 0 | CSU/UC |

| | | | | Units Attempted | Units Earned | GPA Units | Grade Points |
|---|---|---|---|---|---|---|---|
| Term GPA | 0.00 | | Term Totals | 11.00 | 0.00 | 0.00 | 0 |
| Cum GPA | 4.00 | | Cum Totals | 50.00 | 39.00 | 39.00 | 156 |
| Cum GPA w/o NDA | 4.00 | | | 50.00 | 39.00 | | 156 |

**Credit Career Totals**

| | | | | Units Attempted | Units Earned | GPA Units | Grade Points |
|---|---|---|---|---|---|---|---|
| Cum GPA: | 4.00 | | Cum Totals | 50.00 | 39.00 | 39.00 | 156 |

**Ex 4, p. 2**

**Unofficial Transcript**

Name: Sparks, Bryan A
Student ID: 889808648

Beginning of Non Credit Record

**NO WORK COMPLETED**

End of Unofficial Transcript

**Ex 4, p. 3**