# United States Sentencing Commission



*Statistical Information Packet*

*Fiscal Year 2022*

*Western District of Washington*

Ex 9, p. 1

# TABLE OF CONTENTS

| | | |
|---|---|---|
| **Figure A** | Federal Offenders by Type of Crime | 1 |
| **Figure B** | Distribution of Primary Drug Type in Federal Drug Cases | 2 |
| **Table 1** | Distribution of Federal Offenders by Type of Crime | 3 |
| **Table 2** | Guilty Pleas and Trials in Each Circuit and District | 4 |
| **Table 3** | Guilty Pleas and Trials by Type of Crime | 7 |
| **Table 4** | Sentence Type by Type of Crime (National) | 8 |
| **Table 5** | Sentence Type by Type of Crime (District) | 9 |
| **Table 6** | Incarceration Rate of U.S. Citizen Offenders Eligible for Non-Prison Sentences by Type of Crime | 10 |
| **Table 7** | Sentence Length by Type of Crime | 11 |
| **Table 8** | Sentence Imposed Relative to the Guideline Range | 12 |
| **Table 9** | Sentence Imposed Relative to the Guideline Range in Each Circuit and District | 13 |
| **Table 10** | Sentence Imposed Relative to the Guideline Range by Type of Crime | 16 |

# Figure A
## FEDERAL OFFENDERS BY TYPE OF CRIME
### Fiscal Year 2022

### National



### Western Washington



The National figure includes the 64,142 cases reported to the Commission. The Drugs category includes trafficking and simple possession.

The Western District of Washington figure includes the 374 cases reported to the Commission.

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

# Figure B
## DISTRIBUTION OF PRIMARY DRUG TYPE IN FEDERAL DRUG CASES
### Fiscal Year 2022

**National**



**Western Washington**



Of the 64,142 National cases, in 20,037 the offender was sentenced under USSG Chapter Two, Part D (Drugs).

Of the 374 cases from the Western District of Washington, in 139 the offender was sentenced under USSG Chapter Two, Part D (Drugs).

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

Table 1

**DISTRIBUTION OF FEDERAL OFFENDERS
BY TYPE OF CRIME
Fiscal Year 2022**

|  | National | | Western Washington | |
|---|---:|---:|---:|---:|
| **TYPE OF CRIME** | **N** | **%** | **N** | **%** |
| **TOTAL** | **64,142** | **100.0** | **374** | **100.0** |
| Administration of Justice | 652 | 1.0 | 3 | 0.8 |
| Antitrust | 8 | 0.0 | 0 | 0.0 |
| Arson | 106 | 0.2 | 4 | 1.1 |
| Assault | 850 | 1.3 | 4 | 1.1 |
| Bribery/Corruption | 360 | 0.6 | 5 | 1.3 |
| Burglary/Trespass | 112 | 0.2 | 1 | 0.3 |
| Child Pornography | 1,435 | 2.2 | 20 | 5.3 |
| Commercialized Vice | 73 | 0.1 | 0 | 0.0 |
| Drug Possession | 296 | 0.5 | 1 | 0.3 |
| Drug Trafficking | 19,938 | 31.1 | 139 | 37.2 |
| Environmental | 153 | 0.2 | 1 | 0.3 |
| Extortion/Racketeering | 121 | 0.2 | 0 | 0.0 |
| Firearms | 9,318 | 14.5 | 22 | 5.9 |
| Food and Drug | 40 | 0.1 | 2 | 0.5 |
| Forgery/Counter/Copyright | 111 | 0.2 | 1 | 0.3 |
| Fraud/Theft/Embezzlement | 5,520 | 8.6 | 41 | 11.0 |
| Immigration | 17,652 | 27.5 | 3 | 0.8 |
| Individual Rights | 92 | 0.1 | 0 | 0.0 |
| Kidnapping | 128 | 0.2 | 0 | 0.0 |
| Manslaughter | 80 | 0.1 | 0 | 0.0 |
| Money Laundering | 1,192 | 1.9 | 13 | 3.5 |
| Murder | 410 | 0.6 | 3 | 0.8 |
| National Defense | 180 | 0.3 | 0 | 0.0 |
| Obscenity/Other Sex Offenses | 344 | 0.5 | 0 | 0.0 |
| Prison Offenses | 499 | 0.8 | 2 | 0.5 |
| Robbery | 1,444 | 2.3 | 2 | 0.5 |
| Sexual Abuse | 1,499 | 2.3 | 15 | 4.0 |
| Stalking/Harassing | 266 | 0.4 | 3 | 0.8 |
| Tax | 496 | 0.8 | 4 | 1.1 |
| Other | 767 | 1.2 | 85 | 22.7 |

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

Table 2

### GUILTY PLEAS AND TRIALS IN EACH CIRCUIT AND DISTRICT
### Fiscal Year 2022

| CIRCUIT / District | TOTAL | PLEA N | PLEA % | TRIAL N | TRIAL % |
|---|---|---|---|---|---|
| **TOTAL** | **64,142** | **62,527** | **97.5** | **1,615** | **2.5** |
| **D.C. CIRCUIT** | **312** | **291** | **93.3** | **21** | **6.7** |
| District of Columbia | 312 | 291 | 93.3 | 21 | 6.7 |
| **FIRST CIRCUIT** | **1,750** | **1,712** | **97.8** | **38** | **2.2** |
| Maine | 180 | 178 | 98.9 | 2 | 1.1 |
| Massachusetts | 466 | 445 | 95.5 | 21 | 4.5 |
| New Hampshire | 180 | 176 | 97.8 | 4 | 2.2 |
| Puerto Rico | 815 | 807 | 99.0 | 8 | 1.0 |
| Rhode Island | 109 | 106 | 97.2 | 3 | 2.8 |
| **SECOND CIRCUIT** | **3,271** | **3,159** | **96.6** | **112** | **3.4** |
| Connecticut | 335 | 325 | 97.0 | 10 | 3.0 |
| New York | | | | | |
|   Eastern | 693 | 664 | 95.8 | 29 | 4.2 |
|   Northern | 400 | 387 | 96.8 | 13 | 3.3 |
|   Southern | 1,297 | 1,246 | 96.1 | 51 | 3.9 |
|   Western | 411 | 403 | 98.1 | 8 | 1.9 |
| Vermont | 135 | 134 | 99.3 | 1 | 0.7 |
| **THIRD CIRCUIT** | **2,351** | **2,254** | **95.9** | **97** | **4.1** |
| Delaware | 81 | 78 | 96.3 | 3 | 3.7 |
| New Jersey | 641 | 623 | 97.2 | 18 | 2.8 |
| Pennsylvania | | | | | |
|   Eastern | 501 | 470 | 93.8 | 31 | 6.2 |
|   Middle | 438 | 411 | 93.8 | 27 | 6.2 |
|   Western | 634 | 622 | 98.1 | 12 | 1.9 |
| Virgin Islands | 56 | 50 | 89.3 | 6 | 10.7 |
| **FOURTH CIRCUIT** | **4,688** | **4,521** | **96.4** | **167** | **3.6** |
| Maryland | 579 | 556 | 96.0 | 23 | 4.0 |
| North Carolina | | | | | |
|   Eastern | 761 | 730 | 95.9 | 31 | 4.1 |
|   Middle | 403 | 397 | 98.5 | 6 | 1.5 |
|   Western | 553 | 534 | 96.6 | 19 | 3.4 |
| South Carolina | 602 | 592 | 98.3 | 10 | 1.7 |
| Virginia | | | | | |
|   Eastern | 919 | 866 | 94.2 | 53 | 5.8 |
|   Western | 279 | 271 | 97.1 | 8 | 2.9 |
| West Virginia | | | | | |
|   Northern | 323 | 318 | 98.5 | 5 | 1.5 |
|   Southern | 269 | 257 | 95.5 | 12 | 4.5 |

| CIRCUIT | | PLEA | | TRIAL | |
|---|---|---|---|---|---|
| District | TOTAL | N | % | N | % |
| **FIFTH CIRCUIT** | **16,837** | **16,636** | **98.8** | **201** | **1.2** |
| Louisiana | | | | | |
|    Eastern | 300 | 293 | 97.7 | 7 | 2.3 |
|    Middle | 103 | 100 | 97.1 | 3 | 2.9 |
|    Western | 318 | 304 | 95.6 | 14 | 4.4 |
| Mississippi | | | | | |
|    Northern | 133 | 130 | 97.7 | 3 | 2.3 |
|    Southern | 324 | 319 | 98.5 | 5 | 1.5 |
| Texas | | | | | |
|    Eastern | 674 | 661 | 98.1 | 13 | 1.9 |
|    Northern | 1,652 | 1,616 | 97.8 | 36 | 2.2 |
|    Southern | 7,274 | 7,216 | 99.2 | 58 | 0.8 |
|    Western | 6,059 | 5,997 | 99.0 | 62 | 1.0 |
| **SIXTH CIRCUIT** | **4,943** | **4,785** | **96.8** | **158** | **3.2** |
| Kentucky | | | | | |
|    Eastern | 497 | 465 | 93.6 | 32 | 6.4 |
|    Western | 263 | 254 | 96.6 | 9 | 3.4 |
| Michigan | | | | | |
|    Eastern | 719 | 702 | 97.6 | 17 | 2.4 |
|    Western | 265 | 253 | 95.5 | 12 | 4.5 |
| Ohio | | | | | |
|    Northern | 1,141 | 1,102 | 96.6 | 39 | 3.4 |
|    Southern | 583 | 576 | 98.8 | 7 | 1.2 |
| Tennessee | | | | | |
|    Eastern | 754 | 731 | 96.9 | 23 | 3.1 |
|    Middle | 289 | 281 | 97.2 | 8 | 2.8 |
|    Western | 432 | 421 | 97.5 | 11 | 2.5 |
| **SEVENTH CIRCUIT** | **2,483** | **2,378** | **95.8** | **105** | **4.2** |
| Illinois | | | | | |
|    Central | 279 | 266 | 95.3 | 13 | 4.7 |
|    Northern | 621 | 584 | 94.0 | 37 | 6.0 |
|    Southern | 261 | 249 | 95.4 | 12 | 4.6 |
| Indiana | | | | | |
|    Northern | 327 | 318 | 97.2 | 9 | 2.8 |
|    Southern | 515 | 495 | 96.1 | 20 | 3.9 |
| Wisconsin | | | | | |
|    Eastern | 337 | 325 | 96.4 | 12 | 3.6 |
|    Western | 143 | 141 | 98.6 | 2 | 1.4 |
| **EIGHTH CIRCUIT** | **5,102** | **4,921** | **96.5** | **181** | **3.5** |
| Arkansas | | | | | |
|    Eastern | 555 | 540 | 97.3 | 15 | 2.7 |
|    Western | 219 | 213 | 97.3 | 6 | 2.7 |
| Iowa | | | | | |
|    Northern | 333 | 315 | 94.6 | 18 | 5.4 |
|    Southern | 454 | 428 | 94.3 | 26 | 5.7 |
| Minnesota | 325 | 299 | 92.0 | 26 | 8.0 |
| Missouri | | | | | |
|    Eastern | 1,032 | 1,011 | 98.0 | 21 | 2.0 |
|    Western | 810 | 797 | 98.4 | 13 | 1.6 |
| Nebraska | 471 | 454 | 96.4 | 17 | 3.6 |
| North Dakota | 345 | 336 | 97.4 | 9 | 2.6 |
| South Dakota | 558 | 528 | 94.6 | 30 | 5.4 |

| CIRCUIT | | PLEA | | TRIAL | |
|---|---|---|---|---|---|
| District | TOTAL | N | % | N | % |
| **NINTH CIRCUIT** | **12,159** | **11,942** | **98.2** | **217** | **1.8** |
| Alaska | 140 | 126 | 90.0 | 14 | 10.0 |
| Arizona | 4,454 | 4,423 | 99.3 | 31 | 0.7 |
| California | | | | | |
|   Central | 1,128 | 1,073 | 95.1 | 55 | 4.9 |
|   Eastern | 366 | 357 | 97.5 | 9 | 2.5 |
|   Northern | 377 | 361 | 95.8 | 16 | 4.2 |
|   Southern | 3,474 | 3,439 | 99.0 | 35 | 1.0 |
| Guam | 26 | 24 | 92.3 | 2 | 7.7 |
| Hawaii | 140 | 134 | 95.7 | 6 | 4.3 |
| Idaho | 337 | 330 | 97.9 | 7 | 2.1 |
| Montana | 348 | 342 | 98.3 | 6 | 1.7 |
| Nevada | 387 | 375 | 96.9 | 12 | 3.1 |
| Northern Mariana Islands | 17 | 16 | 94.1 | 1 | 5.9 |
| Oregon | 378 | 375 | 99.2 | 3 | 0.8 |
| Washington | | | | | |
|   Eastern | 213 | 208 | 97.7 | 5 | 2.3 |
|   Western | 374 | 359 | 96.0 | 15 | 4.0 |
| **TENTH CIRCUIT** | **4,767** | **4,675** | **98.1** | **92** | **1.9** |
| Colorado | 389 | 378 | 97.2 | 11 | 2.8 |
| Kansas | 371 | 364 | 98.1 | 7 | 1.9 |
| New Mexico | 2,075 | 2,060 | 99.3 | 15 | 0.7 |
| Oklahoma | | | | | |
|   Eastern | 179 | 166 | 92.7 | 13 | 7.3 |
|   Northern | 439 | 416 | 94.8 | 23 | 5.2 |
|   Western | 424 | 413 | 97.4 | 11 | 2.6 |
| Utah | 741 | 736 | 99.3 | 5 | 0.7 |
| Wyoming | 149 | 142 | 95.3 | 7 | 4.7 |
| **ELEVENTH CIRCUIT** | **5,479** | **5,253** | **95.9** | **226** | **4.1** |
| Alabama | | | | | |
|   Middle | 164 | 154 | 93.9 | 10 | 6.1 |
|   Northern | 442 | 430 | 97.3 | 12 | 2.7 |
|   Southern | 308 | 300 | 97.4 | 8 | 2.6 |
| Florida | | | | | |
|   Middle | 1,018 | 983 | 96.6 | 35 | 3.4 |
|   Northern | 266 | 244 | 91.7 | 22 | 8.3 |
|   Southern | 1,719 | 1,644 | 95.6 | 75 | 4.4 |
| Georgia | | | | | |
|   Middle | 453 | 438 | 96.7 | 15 | 3.3 |
|   Northern | 609 | 577 | 94.7 | 32 | 5.3 |
|   Southern | 500 | 483 | 96.6 | 17 | 3.4 |

Of the 64,142 National cases, no cases were excluded.

SOURCE:  U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

Table 3

## GUILTY PLEAS AND TRIALS BY TYPE OF CRIME
### Fiscal Year 2022

| | | National | | | | Western Washington | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | PLEA | | TRIAL | | PLEA | | TRIAL | |
| TYPE OF CRIME | TOTAL | N | % | N | % | N | % | N | % |
| TOTAL | 64,142 | 62,527 | 97.5 | 1,615 | 2.5 | 359 | 96.0 | 15 | 4.0 |
| Administration of Justice | 652 | 624 | 95.7 | 28 | 4.3 | 3 | 100.0 | 0 | 0.0 |
| Antitrust | 8 | 7 | 87.5 | 1 | 12.5 | 0 | -- | 0 | -- |
| Arson | 106 | 102 | 96.2 | 4 | 3.8 | 4 | 100.0 | 0 | 0.0 |
| Assault | 850 | 789 | 92.8 | 61 | 7.2 | 4 | 100.0 | 0 | 0.0 |
| Bribery/Corruption | 360 | 340 | 94.4 | 20 | 5.6 | 5 | 100.0 | 0 | 0.0 |
| Burglary/Trespass | 112 | 111 | 99.1 | 1 | 0.9 | 1 | 100.0 | 0 | 0.0 |
| Child Pornography | 1,435 | 1,392 | 97.0 | 43 | 3.0 | 20 | 100.0 | 0 | 0.0 |
| Commercialized Vice | 73 | 72 | 98.6 | 1 | 1.4 | 0 | -- | 0 | -- |
| Drug Possession | 296 | 293 | 99.0 | 3 | 1.0 | 1 | 100.0 | 0 | 0.0 |
| Drug Trafficking | 19,938 | 19,517 | 97.9 | 421 | 2.1 | 136 | 97.8 | 3 | 2.2 |
| Environmental | 153 | 151 | 98.7 | 2 | 1.3 | 1 | 100.0 | 0 | 0.0 |
| Extortion/Racketeering | 121 | 117 | 96.7 | 4 | 3.3 | 0 | -- | 0 | -- |
| Firearms | 9,318 | 9,074 | 97.4 | 244 | 2.6 | 22 | 100.0 | 0 | 0.0 |
| Food and Drug | 40 | 38 | 95.0 | 2 | 5.0 | 1 | 50.0 | 1 | 50.0 |
| Forgery/Counter/Copyright | 111 | 110 | 99.1 | 1 | 0.9 | 1 | 100.0 | 0 | 0.0 |
| Fraud/Theft/Embezzlement | 5,520 | 5,319 | 96.4 | 201 | 3.6 | 38 | 92.7 | 3 | 7.3 |
| Immigration | 17,652 | 17,566 | 99.5 | 86 | 0.5 | 2 | 66.7 | 1 | 33.3 |
| Individual Rights | 92 | 73 | 79.3 | 19 | 20.7 | 0 | -- | 0 | -- |
| Kidnapping | 128 | 112 | 87.5 | 16 | 12.5 | 0 | -- | 0 | -- |
| Manslaughter | 80 | 74 | 92.5 | 6 | 7.5 | 0 | -- | 0 | -- |
| Money Laundering | 1,192 | 1,105 | 92.7 | 87 | 7.3 | 11 | 84.6 | 2 | 15.4 |
| Murder | 410 | 345 | 84.1 | 65 | 15.9 | 3 | 100.0 | 0 | 0.0 |
| National Defense | 180 | 172 | 95.6 | 8 | 4.4 | 0 | -- | 0 | -- |
| Obscenity/Other Sex Offenses | 344 | 335 | 97.4 | 9 | 2.6 | 0 | -- | 0 | -- |
| Prison Offenses | 499 | 494 | 99.0 | 5 | 1.0 | 2 | 100.0 | 0 | 0.0 |
| Robbery | 1,444 | 1,379 | 95.5 | 65 | 4.5 | 1 | 50.0 | 1 | 50.0 |
| Sexual Abuse | 1,499 | 1,347 | 89.9 | 152 | 10.1 | 14 | 93.3 | 1 | 6.7 |
| Stalking/Harassing | 266 | 242 | 91.0 | 24 | 9.0 | 2 | 66.7 | 1 | 33.3 |
| Tax | 496 | 469 | 94.6 | 27 | 5.4 | 3 | 75.0 | 1 | 25.0 |
| Other | 767 | 758 | 98.8 | 9 | 1.2 | 84 | 98.8 | 1 | 1.2 |

Of the 64,142 National cases, no cases were excluded.

Of the 374 cases from the Western District of Washington, no cases were excluded.

SOURCE:  U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

Table 4

### SENTENCE TYPE BY TYPE OF CRIME
### Fiscal Year 2022

**National**

| TYPE OF CRIME | TOTAL | Prison Only | | Prison and Alternatives | | Probation and Alternatives | | Probation Only | | Fine Only | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| **TOTAL** | 64,142 | 57,106 | 89.0 | 1,964 | 3.1 | 1,002 | 1.6 | 3,736 | 5.8 | 334 | 0.5 |
| Administration of Justice | 652 | 441 | 67.6 | 32 | 4.9 | 29 | 4.4 | 144 | 22.1 | 6 | 0.9 |
| Antitrust | 8 | 3 | 37.5 | 0 | 0.0 | 0 | 0.0 | 5 | 62.5 | 0 | 0.0 |
| Arson | 106 | 96 | 90.6 | 3 | 2.8 | 1 | 0.9 | 6 | 5.7 | 0 | 0.0 |
| Assault | 850 | 765 | 90.0 | 26 | 3.1 | 6 | 0.7 | 45 | 5.3 | 8 | 0.9 |
| Bribery/Corruption | 360 | 258 | 71.7 | 19 | 5.3 | 25 | 6.9 | 58 | 16.1 | 0 | 0.0 |
| Burglary/Trespass | 112 | 83 | 74.1 | 0 | 0.0 | 10 | 8.9 | 19 | 17.0 | 0 | 0.0 |
| Child Pornography | 1,435 | 1,390 | 96.9 | 27 | 1.9 | 5 | 0.3 | 13 | 0.9 | 0 | 0.0 |
| Commercialized Vice | 73 | 51 | 69.9 | 2 | 2.7 | 3 | 4.1 | 17 | 23.3 | 0 | 0.0 |
| Drug Possession | 296 | 123 | 41.6 | 1 | 0.3 | 4 | 1.4 | 87 | 29.4 | 81 | 27.4 |
| Drug Trafficking | 19,938 | 18,493 | 92.8 | 768 | 3.9 | 131 | 0.7 | 542 | 2.7 | 4 | 0.0 |
| Environmental | 153 | 44 | 28.8 | 3 | 2.0 | 14 | 9.2 | 87 | 56.9 | 5 | 3.3 |
| Extortion/Racketeering | 121 | 96 | 79.3 | 6 | 5.0 | 4 | 3.3 | 14 | 11.6 | 1 | 0.8 |
| Firearms | 9,318 | 8,551 | 91.8 | 224 | 2.4 | 130 | 1.4 | 412 | 4.4 | 1 | 0.0 |
| Food and Drug | 40 | 22 | 55.0 | 2 | 5.0 | 0 | 0.0 | 16 | 40.0 | 0 | 0.0 |
| Forgery/Counter/Copyright | 111 | 79 | 71.2 | 7 | 6.3 | 8 | 7.2 | 17 | 15.3 | 0 | 0.0 |
| Fraud/Theft/Embezzlement | 5,520 | 3,910 | 70.8 | 284 | 5.1 | 302 | 5.5 | 983 | 17.8 | 41 | 0.7 |
| Immigration | 17,652 | 16,562 | 93.8 | 329 | 1.9 | 192 | 1.1 | 568 | 3.2 | 1 | 0.0 |
| Individual Rights | 92 | 59 | 64.1 | 1 | 1.1 | 1 | 1.1 | 29 | 31.5 | 2 | 2.2 |
| Kidnapping | 128 | 122 | 95.3 | 2 | 1.6 | 1 | 0.8 | 3 | 2.3 | 0 | 0.0 |
| Manslaughter | 80 | 70 | 87.5 | 8 | 10.0 | 0 | 0.0 | 2 | 2.5 | 0 | 0.0 |
| Money Laundering | 1,192 | 1,006 | 84.4 | 33 | 2.8 | 47 | 3.9 | 105 | 8.8 | 1 | 0.1 |
| Murder | 410 | 404 | 98.5 | 5 | 1.2 | 0 | 0.0 | 1 | 0.2 | 0 | 0.0 |
| National Defense | 180 | 130 | 72.2 | 8 | 4.4 | 7 | 3.9 | 18 | 10.0 | 17 | 9.4 |
| Obscenity/Other Sex Offenses | 344 | 295 | 85.8 | 29 | 8.4 | 5 | 1.5 | 15 | 4.4 | 0 | 0.0 |
| Prison Offenses | 499 | 458 | 91.8 | 21 | 4.2 | 2 | 0.4 | 17 | 3.4 | 1 | 0.2 |
| Robbery | 1,444 | 1,381 | 95.6 | 41 | 2.8 | 6 | 0.4 | 16 | 1.1 | 0 | 0.0 |
| Sexual Abuse | 1,499 | 1,463 | 97.6 | 29 | 1.9 | 1 | 0.1 | 5 | 0.3 | 1 | 0.1 |
| Stalking/Harassing | 266 | 216 | 81.2 | 17 | 6.4 | 10 | 3.8 | 23 | 8.6 | 0 | 0.0 |
| Tax | 496 | 279 | 56.3 | 23 | 4.6 | 40 | 8.1 | 152 | 30.6 | 2 | 0.4 |
| Other | 767 | 256 | 33.4 | 14 | 1.8 | 18 | 2.3 | 317 | 41.3 | 162 | 21.1 |

Of the 64,142 National cases, no cases were excluded.

Alternatives include all cases in which offenders received conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

Table 5

### SENTENCE TYPE BY TYPE OF CRIME
### Fiscal Year 2022

#### Western Washington

| TYPE OF CRIME | TOTAL | Prison Only | | Prison and Alternatives | | Probation and Alternatives | | Probation Only | | Fine Only | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| TOTAL | 374 | 259 | 69.3 | 7 | 1.9 | 4 | 1.1 | 34 | 9.1 | 70 | 18.7 |
| Administration of Justice | 3 | 3 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Antitrust | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Arson | 4 | 3 | 75.0 | 0 | 0.0 | 1 | 25.0 | 0 | 0.0 | 0 | 0.0 |
| Assault | 4 | 2 | 50.0 | 1 | 25.0 | 1 | 25.0 | 0 | 0.0 | 0 | 0.0 |
| Bribery/Corruption | 5 | 4 | 80.0 | 0 | 0.0 | 0 | 0.0 | 1 | 20.0 | 0 | 0.0 |
| Burglary/Trespass | 1 | 1 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Child Pornography | 20 | 19 | 95.0 | 1 | 5.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Commercialized Vice | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Drug Possession | 1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 | 100.0 |
| Drug Trafficking | 139 | 132 | 95.0 | 2 | 1.4 | 0 | 0.0 | 5 | 3.6 | 0 | 0.0 |
| Environmental | 1 | 1 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Extortion/Racketeering | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Firearms | 22 | 20 | 90.9 | 0 | 0.0 | 1 | 4.5 | 1 | 4.5 | 0 | 0.0 |
| Food and Drug | 2 | 1 | 50.0 | 0 | 0.0 | 0 | 0.0 | 1 | 50.0 | 0 | 0.0 |
| Forgery/Counter/Copyright | 1 | 1 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Fraud/Theft/Embezzlement | 41 | 27 | 65.9 | 2 | 4.9 | 0 | 0.0 | 7 | 17.1 | 5 | 12.2 |
| Immigration | 3 | 2 | 66.7 | 0 | 0.0 | 0 | 0.0 | 1 | 33.3 | 0 | 0.0 |
| Individual Rights | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Kidnapping | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Manslaughter | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Money Laundering | 13 | 10 | 76.9 | 0 | 0.0 | 1 | 7.7 | 2 | 15.4 | 0 | 0.0 |
| Murder | 3 | 3 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| National Defense | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Obscenity/Other Sex Offenses | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Prison Offenses | 2 | 2 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Robbery | 2 | 2 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Sexual Abuse | 15 | 14 | 93.3 | 1 | 6.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Stalking/Harassing | 3 | 3 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Tax | 4 | 2 | 50.0 | 0 | 0.0 | 0 | 0.0 | 2 | 50.0 | 0 | 0.0 |
| Other | 85 | 7 | 8.2 | 0 | 0.0 | 0 | 0.0 | 14 | 16.5 | 64 | 75.3 |

Of the 374 cases from the Western District of Washington, no cases were excluded.

Alternatives include all cases in which offenders received conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

Table 6

**INCARCERATION RATE OF U.S. CITIZEN OFFENDERS ELIGIBLE FOR NON-PRISON SENTENCES BY TYPE OF CRIME**
Fiscal Year 2022

|  |  | National | | | | Western Washington | | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Prison Sentence | | Non-Prison Sentence | | Prison Sentence | | Non-Prison Sentence | |
| TYPE OF CRIME | TOTAL | N | % | N | % | N | % | N | % |
| TOTAL | 3,872 | 1,885 | 48.7 | 1,987 | 51.3 | 8 | 11.4 | 62 | 88.6 |
| Administration of Justice | 159 | 90 | 56.6 | 69 | 43.4 | 1 | 100.0 | 0 | 0.0 |
| Antitrust | 5 | 1 | 20.0 | 4 | 80.0 | 0 | -- | 0 | -- |
| Arson | 3 | 2 | 66.7 | 1 | 33.3 | 0 | -- | 0 | -- |
| Assault | 78 | 44 | 56.4 | 34 | 43.6 | 0 | -- | 0 | -- |
| Bribery/Corruption | 16 | 3 | 18.8 | 13 | 81.3 | 0 | -- | 0 | -- |
| Burglary/Trespass | 43 | 19 | 44.2 | 24 | 55.8 | 0 | -- | 0 | -- |
| Child Pornography | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Commercialized Vice | 9 | 0 | 0.0 | 9 | 100.0 | 0 | -- | 0 | -- |
| Drug Possession | 219 | 88 | 40.2 | 131 | 59.8 | 0 | 0.0 | 1 | 100.0 |
| Drug Trafficking | 354 | 204 | 57.6 | 150 | 42.4 | 0 | 0.0 | 2 | 100.0 |
| Environmental | 70 | 14 | 20.0 | 56 | 80.0 | 0 | -- | 0 | -- |
| Extortion/Racketeering | 6 | 1 | 16.7 | 5 | 83.3 | 0 | -- | 0 | -- |
| Firearms | 108 | 50 | 46.3 | 58 | 53.7 | 1 | 100.0 | 0 | 0.0 |
| Food and Drug | 22 | 10 | 45.5 | 12 | 54.5 | 1 | 50.0 | 1 | 50.0 |
| Forgery/Counter/Copyright | 21 | 15 | 71.4 | 6 | 28.6 | 0 | -- | 0 | -- |
| Fraud/Theft/Embezzlement | 1,250 | 527 | 42.2 | 723 | 57.8 | 1 | 12.5 | 7 | 87.5 |
| Immigration | 710 | 459 | 64.6 | 251 | 35.4 | 0 | 0.0 | 1 | 100.0 |
| Individual Rights | 19 | 2 | 10.5 | 17 | 89.5 | 0 | -- | 0 | -- |
| Kidnapping | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Manslaughter | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Money Laundering | 66 | 37 | 56.1 | 29 | 43.9 | 0 | -- | 0 | -- |
| Murder | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| National Defense | 20 | 3 | 15.0 | 17 | 85.0 | 0 | -- | 0 | -- |
| Obscenity/Other Sex Offenses | 13 | 10 | 76.9 | 3 | 23.1 | 0 | -- | 0 | -- |
| Prison Offenses | 208 | 194 | 93.3 | 14 | 6.7 | 1 | 100.0 | 0 | 0.0 |
| Robbery | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Sexual Abuse | 9 | 5 | 55.6 | 4 | 44.4 | 0 | -- | 0 | -- |
| Stalking/Harassing | 26 | 15 | 57.7 | 11 | 42.3 | 0 | -- | 0 | -- |
| Tax | 22 | 8 | 36.4 | 14 | 63.6 | 0 | -- | 0 | -- |
| Other | 416 | 84 | 20.2 | 332 | 79.8 | 3 | 5.7 | 50 | 94.3 |

Of the 64,142 National cases, a U.S. Citizen was the offender in 43,947 cases. Of these, 40,075 cases were excluded because the offender was ineligible for a non-prison sentence.

Of the 374 cases from the Western District of Washington, a U.S. Citizen was the offender in 273 cases. Of these, 203 cases were excluded because the offender was ineligible for a non-prison sentence.

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

Table 7

## SENTENCE LENGTH BY TYPE OF CRIME
### Fiscal Year 2022

| TYPE OF CRIME | National | | | Western Washington | | |
|---|---|---|---|---|---|---|
| | Mean Months | Median Months | N | Mean Months | Median Months | N |
| **TOTAL** | **51** | **26** | **64,141** | **37** | **21** | **374** |
| **Administration of Justice** | 12 | 8 | 651 | 28 | 0 | 3 |
| **Antitrust** | 5 | 0 | 8 | -- | -- | 0 |
| **Arson** | 45 | 42 | 106 | 29 | 21 | 4 |
| **Assault** | 64 | 42 | 850 | 7 | 5 | 4 |
| **Bribery/Corruption** | 19 | 12 | 360 | 19 | 10 | 5 |
| **Burglary/Trespass** | 18 | 10 | 112 | -- | -- | 1 |
| **Child Pornography** | 110 | 96 | 1,435 | 71 | 48 | 20 |
| **Commercialized Vice** | 24 | 16 | 73 | -- | -- | 0 |
| **Drug Possession** | 2 | 0 | 296 | -- | -- | 1 |
| **Drug Trafficking** | 78 | 60 | 19,938 | 52 | 48 | 139 |
| **Environmental** | 4 | 0 | 153 | -- | -- | 1 |
| **Extortion/Racketeering** | 61 | 27 | 121 | -- | -- | 0 |
| **Firearms** | 49 | 39 | 9,318 | 21 | 12 | 22 |
| **Food and Drug** | 11 | 0 | 40 | -- | -- | 2 |
| **Forgery/Counter/Copyright** | 16 | 12 | 111 | -- | -- | 1 |
| **Fraud/Theft/Embezzlement** | 22 | 12 | 5,520 | 19 | 15 | 41 |
| **Immigration** | 12 | 8 | 17,652 | 2 | 0 | 3 |
| **Individual Rights** | 41 | 18 | 92 | -- | -- | 0 |
| **Kidnapping** | 184 | 160 | 128 | -- | -- | 0 |
| **Manslaughter** | 86 | 68 | 80 | -- | -- | 0 |
| **Money Laundering** | 61 | 33 | 1,192 | 50 | 14 | 13 |
| **Murder** | 261 | 240 | 410 | 258 | 262 | 3 |
| **National Defense** | 35 | 15 | 180 | -- | -- | 0 |
| **Obscenity/Other Sex Offenses** | 22 | 18 | 344 | -- | -- | 0 |
| **Prison Offenses** | 12 | 9 | 499 | -- | -- | 2 |
| **Robbery** | 106 | 96 | 1,444 | -- | -- | 2 |
| **Sexual Abuse** | 207 | 180 | 1,499 | 118 | 120 | 15 |
| **Stalking/Harassing** | 26 | 18 | 266 | 41 | 30 | 3 |
| **Tax** | 14 | 9 | 496 | 5 | 3 | 4 |
| **Other** | 3 | 0 | 767 | 0 | 0 | 85 |

Of the 64,142 National cases, one case was excluded due to missing or indeterminable sentencing information.

Of the 374 cases from the Western District of Washington, no cases were excluded.

Sentences of 470 months or greater (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively. The information in this table includes conditions of confinement as described in USSG §5C1.1.

SOURCE:  U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

Table 8

# SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE[1]
## Fiscal Year 2022

|  | National | | Western Washington | |
|---|---:|---:|---:|---:|
|  | N | % | N | % |
| **TOTAL CASES** | **63,896** | **100.0** | **373** | **100.0** |
| **SENTENCES UNDER THE GUIDELINES MANUAL** | **43,351** | **67.8** | **133** | **35.7** |
| Within Guideline Range | 26,785 | 41.9 | 123 | 33.0 |
| Upward Departure[2] | 361 | 0.6 | 1 | 0.3 |
| Downward Departure | | | | |
| §5K1.1 Substantial Assistance | 6,626 | 10.4 | 8 | 2.1 |
| §5K3.1 Early Disposition Program | 6,623 | 10.4 | 0 | 0.0 |
| Other Government Motion[3] | 1,452 | 2.3 | 1 | 0.3 |
| Non-Government Departure[4] | 1,504 | 2.4 | 0 | 0.0 |
| **VARIANCES** | **20,545** | **32.2** | **240** | **64.3** |
| Upward Variance[5] | 1,477 | 2.3 | 1 | 0.3 |
| Downward Variance | | | | |
| Government Motion[6] | 6,138 | 9.6 | 164 | 44.0 |
| Non-Government Variance[7] | 12,930 | 20.2 | 75 | 20.1 |

[1] This table reflects the 64,142 cases reported to the Commission in fiscal year 2022, 374 of which were from the Western District of Washington. Of these, 246 cases nationally and one case from the Western District of Washington were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range.

[2] Cases in which the sentence imposed was above the applicable guideline range and for which the court cited a reason on Part V of the Statement of Reasons form, other than §5K1.1 or §5K3.1.

[3] Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part V of the Statement of Reasons form, other than §5K1.1 or §5K3.1, and where the prosecution initiated, proposed, or stipulated to the sentence.

[4] Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part V of the Statement of Reasons form, other than §5K1.1 or §5K3.1, and where the prosecution did not initiate, propose, or stipulate to the sentence.

[5] Cases in which the sentence imposed was above the applicable guideline range and for which the court cited a reason on Part VI of the Statement of Reasons form.

[6] Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part VI of the Statement of Reasons form, and where the prosecution initiated, proposed, or stipulated to the sentence.

[7] Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part VI of the Statement of Reasons form, or where no reason was given, and where the prosecution did not initiate, propose, or stipulate to the sentence.

SOURCE:  U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

Table 9

## SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE
## IN EACH CIRCUIT AND DISTRICT[1]
### Fiscal Year 2022

| CIRCUIT / District | TOTAL | WITHIN GUIDELINE RANGE | | DEPARTURE UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| **TOTAL** | 63,896 | 26,785 | 41.9 | 361 | 0.6 | 6,626 | 10.4 | 6,623 | 10.4 | 2,956 | 4.6 | 20,545 | 32.2 |
| **D.C. CIRCUIT** | 311 | 166 | 53.4 | 1 | 0.3 | 37 | 11.9 | 2 | 0.6 | 12 | 3.9 | 93 | 29.9 |
| District of Columbia | 311 | 166 | 53.4 | 1 | 0.3 | 37 | 11.9 | 2 | 0.6 | 12 | 3.9 | 93 | 29.9 |
| **FIRST CIRCUIT** | 1,750 | 546 | 31.2 | 4 | 0.2 | 185 | 10.6 | 0 | 0.0 | 102 | 5.8 | 913 | 52.2 |
| Maine | 180 | 33 | 18.3 | 1 | 0.6 | 44 | 24.4 | 0 | 0.0 | 4 | 2.2 | 98 | 54.4 |
| Massachusetts | 466 | 120 | 25.8 | 1 | 0.2 | 64 | 13.7 | 0 | 0.0 | 37 | 7.9 | 244 | 52.4 |
| New Hampshire | 180 | 37 | 20.6 | 0 | 0.0 | 15 | 8.3 | 0 | 0.0 | 8 | 4.4 | 120 | 66.7 |
| Puerto Rico | 815 | 337 | 41.3 | 2 | 0.2 | 52 | 6.4 | 0 | 0.0 | 51 | 6.3 | 373 | 45.8 |
| Rhode Island | 109 | 19 | 17.4 | 0 | 0.0 | 10 | 9.2 | 0 | 0.0 | 2 | 1.8 | 78 | 71.6 |
| **SECOND CIRCUIT** | 3,267 | 847 | 25.9 | 22 | 0.7 | 451 | 13.8 | 2 | 0.1 | 144 | 4.4 | 1,801 | 55.1 |
| Connecticut | 335 | 97 | 29.0 | 0 | 0.0 | 36 | 10.7 | 0 | 0.0 | 43 | 12.8 | 159 | 47.5 |
| New York | | | | | | | | | | | | | |
|   Eastern | 691 | 151 | 21.9 | 4 | 0.6 | 132 | 19.1 | 1 | 0.1 | 57 | 8.2 | 346 | 50.1 |
|   Northern | 399 | 197 | 49.4 | 4 | 1.0 | 88 | 22.1 | 1 | 0.3 | 11 | 2.8 | 98 | 24.6 |
|   Southern | 1,297 | 248 | 19.1 | 1 | 0.1 | 115 | 8.9 | 0 | 0.0 | 28 | 2.2 | 905 | 69.8 |
|   Western | 410 | 131 | 32.0 | 13 | 3.2 | 58 | 14.1 | 0 | 0.0 | 2 | 0.5 | 206 | 50.2 |
| Vermont | 135 | 23 | 17.0 | 0 | 0.0 | 22 | 16.3 | 0 | 0.0 | 3 | 2.2 | 87 | 64.4 |
| **THIRD CIRCUIT** | 2,349 | 918 | 39.1 | 10 | 0.4 | 415 | 17.7 | 5 | 0.2 | 59 | 2.5 | 942 | 40.1 |
| Delaware | 81 | 34 | 42.0 | 1 | 1.2 | 6 | 7.4 | 2 | 2.5 | 6 | 7.4 | 32 | 39.5 |
| New Jersey | 639 | 237 | 37.1 | 0 | 0.0 | 120 | 18.8 | 0 | 0.0 | 4 | 0.6 | 278 | 43.5 |
| Pennsylvania | | | | | | | | | | | | | |
|   Eastern | 501 | 145 | 28.9 | 1 | 0.2 | 131 | 26.1 | 0 | 0.0 | 16 | 3.2 | 208 | 41.5 |
|   Middle | 438 | 207 | 47.3 | 3 | 0.7 | 78 | 17.8 | 3 | 0.7 | 22 | 5.0 | 125 | 28.5 |
|   Western | 634 | 252 | 39.7 | 5 | 0.8 | 77 | 12.1 | 0 | 0.0 | 11 | 1.7 | 289 | 45.6 |
| Virgin Islands | 56 | 43 | 76.8 | 0 | 0.0 | 3 | 5.4 | 0 | 0.0 | 0 | 0.0 | 10 | 17.9 |
| **FOURTH CIRCUIT** | 4,631 | 2,131 | 46.0 | 33 | 0.7 | 704 | 15.2 | 2 | 0.0 | 128 | 2.8 | 1,633 | 35.3 |
| Maryland | 560 | 147 | 26.3 | 6 | 1.1 | 107 | 19.1 | 0 | 0.0 | 29 | 5.2 | 271 | 48.4 |
| North Carolina | | | | | | | | | | | | | |
|   Eastern | 734 | 378 | 51.5 | 5 | 0.7 | 179 | 24.4 | 0 | 0.0 | 10 | 1.4 | 162 | 22.1 |
|   Middle | 403 | 206 | 51.1 | 3 | 0.7 | 34 | 8.4 | 0 | 0.0 | 4 | 1.0 | 156 | 38.7 |
|   Western | 551 | 293 | 53.2 | 0 | 0.0 | 74 | 13.4 | 0 | 0.0 | 4 | 0.7 | 180 | 32.7 |
| South Carolina | 601 | 208 | 34.6 | 5 | 0.8 | 164 | 27.3 | 0 | 0.0 | 21 | 3.5 | 203 | 33.8 |
| Virginia | | | | | | | | | | | | | |
|   Eastern | 911 | 486 | 53.3 | 8 | 0.9 | 50 | 5.5 | 0 | 0.0 | 45 | 4.9 | 322 | 35.3 |
|   Western | 279 | 97 | 34.8 | 4 | 1.4 | 47 | 16.8 | 0 | 0.0 | 14 | 5.0 | 117 | 41.9 |
| West Virginia | | | | | | | | | | | | | |
|   Northern | 323 | 190 | 58.8 | 0 | 0.0 | 29 | 9.0 | 2 | 0.6 | 1 | 0.3 | 101 | 31.3 |
|   Southern | 269 | 126 | 46.8 | 2 | 0.7 | 20 | 7.4 | 0 | 0.0 | 0 | 0.0 | 121 | 45.0 |

| CIRCUIT District | TOTAL | WITHIN GUIDELINE RANGE | | DEPARTURE | | | | | | | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | | |
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| **FIFTH CIRCUIT** | **16,805** | **10,277** | **61.2** | **49** | **0.3** | **1,070** | **6.4** | **1,204** | **7.2** | **913** | **5.4** | **3,292** | **19.6** |
| Louisiana | | | | | | | | | | | | | |
| Eastern | 298 | 173 | 58.1 | 1 | 0.3 | 32 | 10.7 | 0 | 0.0 | 4 | 1.3 | 88 | 29.5 |
| Middle | 103 | 54 | 52.4 | 1 | 1.0 | 15 | 14.6 | 0 | 0.0 | 0 | 0.0 | 33 | 32.0 |
| Western | 306 | 194 | 63.4 | 4 | 1.3 | 45 | 14.7 | 0 | 0.0 | 5 | 1.6 | 58 | 19.0 |
| Mississippi | | | | | | | | | | | | | |
| Northern | 130 | 56 | 43.1 | 0 | 0.0 | 29 | 22.3 | 0 | 0.0 | 0 | 0.0 | 45 | 34.6 |
| Southern | 323 | 223 | 69.0 | 0 | 0.0 | 29 | 9.0 | 1 | 0.3 | 1 | 0.3 | 69 | 21.4 |
| Texas | | | | | | | | | | | | | |
| Eastern | 672 | 369 | 54.9 | 2 | 0.3 | 53 | 7.9 | 0 | 0.0 | 5 | 0.7 | 243 | 36.2 |
| Northern | 1,650 | 1,008 | 61.1 | 11 | 0.7 | 154 | 9.3 | 0 | 0.0 | 25 | 1.5 | 452 | 27.4 |
| Southern | 7,267 | 3,501 | 48.2 | 24 | 0.3 | 483 | 6.6 | 1,132 | 15.6 | 729 | 10.0 | 1,398 | 19.2 |
| Western | 6,056 | 4,699 | 77.6 | 6 | 0.1 | 230 | 3.8 | 71 | 1.2 | 144 | 2.4 | 906 | 15.0 |
| **SIXTH CIRCUIT** | **4,933** | **1,889** | **38.3** | **21** | **0.4** | **935** | **19.0** | **8** | **0.2** | **180** | **3.6** | **1,900** | **38.5** |
| Kentucky | | | | | | | | | | | | | |
| Eastern | 497 | 246 | 49.5 | 1 | 0.2 | 80 | 16.1 | 0 | 0.0 | 3 | 0.6 | 167 | 33.6 |
| Western | 263 | 77 | 29.3 | 2 | 0.8 | 78 | 29.7 | 6 | 2.3 | 18 | 6.8 | 82 | 31.2 |
| Michigan | | | | | | | | | | | | | |
| Eastern | 716 | 228 | 31.8 | 0 | 0.0 | 86 | 12.0 | 0 | 0.0 | 19 | 2.7 | 383 | 53.5 |
| Western | 265 | 131 | 49.4 | 5 | 1.9 | 47 | 17.7 | 1 | 0.4 | 9 | 3.4 | 72 | 27.2 |
| Ohio | | | | | | | | | | | | | |
| Northern | 1,140 | 482 | 42.3 | 8 | 0.7 | 222 | 19.5 | 0 | 0.0 | 22 | 1.9 | 406 | 35.6 |
| Southern | 582 | 140 | 24.1 | 3 | 0.5 | 143 | 24.6 | 0 | 0.0 | 89 | 15.3 | 207 | 35.6 |
| Tennessee | | | | | | | | | | | | | |
| Eastern | 753 | 344 | 45.7 | 2 | 0.3 | 187 | 24.8 | 1 | 0.1 | 13 | 1.7 | 206 | 27.4 |
| Middle | 285 | 60 | 21.1 | 0 | 0.0 | 25 | 8.8 | 0 | 0.0 | 4 | 1.4 | 196 | 68.8 |
| Western | 432 | 181 | 41.9 | 0 | 0.0 | 67 | 15.5 | 0 | 0.0 | 3 | 0.7 | 181 | 41.9 |
| **SEVENTH CIRCUIT** | **2,479** | **929** | **37.5** | **7** | **0.3** | **237** | **9.6** | **1** | **0.0** | **117** | **4.7** | **1,188** | **47.9** |
| Illinois | | | | | | | | | | | | | |
| Central | 278 | 104 | 37.4 | 1 | 0.4 | 43 | 15.5 | 1 | 0.4 | 3 | 1.1 | 126 | 45.3 |
| Northern | 619 | 181 | 29.2 | 3 | 0.5 | 48 | 7.8 | 0 | 0.0 | 32 | 5.2 | 355 | 57.4 |
| Southern | 261 | 149 | 57.1 | 2 | 0.8 | 38 | 14.6 | 0 | 0.0 | 5 | 1.9 | 67 | 25.7 |
| Indiana | | | | | | | | | | | | | |
| Northern | 327 | 163 | 49.8 | 0 | 0.0 | 31 | 9.5 | 0 | 0.0 | 10 | 3.1 | 123 | 37.6 |
| Southern | 515 | 226 | 43.9 | 0 | 0.0 | 48 | 9.3 | 0 | 0.0 | 2 | 0.4 | 239 | 46.4 |
| Wisconsin | | | | | | | | | | | | | |
| Eastern | 336 | 70 | 20.8 | 0 | 0.0 | 23 | 6.8 | 0 | 0.0 | 11 | 3.3 | 232 | 69.0 |
| Western | 143 | 36 | 25.2 | 1 | 0.7 | 6 | 4.2 | 0 | 0.0 | 54 | 37.8 | 46 | 32.2 |
| **EIGHTH CIRCUIT** | **5,094** | **2,181** | **42.8** | **45** | **0.9** | **586** | **11.5** | **15** | **0.3** | **80** | **1.6** | **2,187** | **42.9** |
| Arkansas | | | | | | | | | | | | | |
| Eastern | 553 | 313 | 56.6 | 0 | 0.0 | 48 | 8.7 | 0 | 0.0 | 4 | 0.7 | 188 | 34.0 |
| Western | 219 | 78 | 35.6 | 0 | 0.0 | 24 | 11.0 | 0 | 0.0 | 1 | 0.5 | 116 | 53.0 |
| Iowa | | | | | | | | | | | | | |
| Northern | 333 | 163 | 48.9 | 14 | 4.2 | 53 | 15.9 | 0 | 0.0 | 6 | 1.8 | 97 | 29.1 |
| Southern | 454 | 163 | 35.9 | 4 | 0.9 | 56 | 12.3 | 0 | 0.0 | 2 | 0.4 | 229 | 50.4 |
| Minnesota | 323 | 99 | 30.7 | 3 | 0.9 | 39 | 12.1 | 2 | 0.6 | 11 | 3.4 | 169 | 52.3 |
| Missouri | | | | | | | | | | | | | |
| Eastern | 1,031 | 422 | 40.9 | 4 | 0.4 | 91 | 8.8 | 0 | 0.0 | 3 | 0.3 | 511 | 49.6 |
| Western | 808 | 296 | 36.6 | 0 | 0.0 | 112 | 13.9 | 0 | 0.0 | 11 | 1.4 | 389 | 48.1 |
| Nebraska | 471 | 231 | 49.0 | 0 | 0.0 | 24 | 5.1 | 12 | 2.5 | 8 | 1.7 | 196 | 41.6 |
| North Dakota | 344 | 110 | 32.0 | 5 | 1.5 | 137 | 39.8 | 1 | 0.3 | 2 | 0.6 | 89 | 25.9 |
| South Dakota | 558 | 306 | 54.8 | 15 | 2.7 | 2 | 0.4 | 0 | 0.0 | 32 | 5.7 | 203 | 36.4 |

| CIRCUIT District | TOTAL | WITHIN GUIDELINE RANGE | | UPWARD | | DEPARTURE §5K1.1 | | §5K3.1 | | DOWNWARD | | VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| **NINTH CIRCUIT** | 12,114 | 2,673 | 22.1 | 103 | 0.9 | 903 | 7.5 | 4,782 | 39.5 | 589 | 4.9 | 3,064 | 25.3 |
| Alaska | 139 | 38 | 27.3 | 0 | 0.0 | 27 | 19.4 | 0 | 0.0 | 0 | 0.0 | 74 | 53.2 |
| Arizona | 4,419 | 1,154 | 26.1 | 18 | 0.4 | 71 | 1.6 | 2,646 | 59.9 | 54 | 1.2 | 476 | 10.8 |
| California | | | | | | | | | | | | | |
|   Central | 1,125 | 271 | 24.1 | 7 | 0.6 | 151 | 13.4 | 25 | 2.2 | 89 | 7.9 | 582 | 51.7 |
|   Eastern | 364 | 129 | 35.4 | 1 | 0.3 | 59 | 16.2 | 8 | 2.2 | 8 | 2.2 | 159 | 43.7 |
|   Northern | 377 | 61 | 16.2 | 1 | 0.3 | 32 | 8.5 | 2 | 0.5 | 19 | 5.0 | 262 | 69.5 |
|   Southern | 3,471 | 411 | 11.8 | 68 | 2.0 | 172 | 5.0 | 2,069 | 59.6 | 385 | 11.1 | 366 | 10.5 |
| Guam | 26 | 15 | 57.7 | 1 | 3.8 | 7 | 26.9 | 0 | 0.0 | 0 | 0.0 | 3 | 11.5 |
| Hawaii | 140 | 39 | 27.9 | 0 | 0.0 | 42 | 30.0 | 0 | 0.0 | 1 | 0.7 | 58 | 41.4 |
| Idaho | 337 | 103 | 30.6 | 0 | 0.0 | 90 | 26.7 | 6 | 1.8 | 10 | 3.0 | 128 | 38.0 |
| Montana | 348 | 104 | 29.9 | 3 | 0.9 | 100 | 28.7 | 0 | 0.0 | 6 | 1.7 | 135 | 38.8 |
| Nevada | 387 | 93 | 24.0 | 0 | 0.0 | 17 | 4.4 | 25 | 6.5 | 5 | 1.3 | 247 | 63.8 |
| Northern Mariana Islands | 17 | 9 | 52.9 | 0 | 0.0 | 6 | 35.3 | 0 | 0.0 | 0 | 0.0 | 2 | 11.8 |
| Oregon | 378 | 59 | 15.6 | 2 | 0.5 | 79 | 20.9 | 0 | 0.0 | 8 | 2.1 | 230 | 60.8 |
| Washington | | | | | | | | | | | | | |
|   Eastern | 213 | 64 | 30.0 | 1 | 0.5 | 42 | 19.7 | 1 | 0.5 | 3 | 1.4 | 102 | 47.9 |
|   Western | 373 | 123 | 33.0 | 1 | 0.3 | 8 | 2.1 | 0 | 0.0 | 1 | 0.3 | 240 | 64.3 |
| **TENTH CIRCUIT** | 4,736 | 1,629 | 34.4 | 49 | 1.0 | 399 | 8.4 | 597 | 12.6 | 502 | 10.6 | 1,560 | 32.9 |
| Colorado | 387 | 129 | 33.3 | 0 | 0.0 | 88 | 22.7 | 9 | 2.3 | 11 | 2.8 | 150 | 38.8 |
| Kansas | 363 | 152 | 41.9 | 1 | 0.3 | 59 | 16.3 | 3 | 0.8 | 6 | 1.7 | 142 | 39.1 |
| New Mexico | 2,073 | 753 | 36.3 | 9 | 0.4 | 53 | 2.6 | 514 | 24.8 | 295 | 14.2 | 449 | 21.7 |
| Oklahoma | | | | | | | | | | | | | |
|   Eastern | 179 | 81 | 45.3 | 0 | 0.0 | 44 | 24.6 | 0 | 0.0 | 8 | 4.5 | 46 | 25.7 |
|   Northern | 433 | 174 | 40.2 | 33 | 7.6 | 50 | 11.5 | 0 | 0.0 | 126 | 29.1 | 50 | 11.5 |
|   Western | 421 | 200 | 47.5 | 3 | 0.7 | 27 | 6.4 | 0 | 0.0 | 5 | 1.2 | 186 | 44.2 |
| Utah | 734 | 114 | 15.5 | 0 | 0.0 | 50 | 6.8 | 68 | 9.3 | 45 | 6.1 | 457 | 62.3 |
| Wyoming | 146 | 26 | 17.8 | 3 | 2.1 | 28 | 19.2 | 3 | 2.1 | 6 | 4.1 | 80 | 54.8 |
| **ELEVENTH CIRCUIT** | 5,427 | 2,599 | 47.9 | 17 | 0.3 | 704 | 13.0 | 5 | 0.1 | 130 | 2.4 | 1,972 | 36.3 |
| Alabama | | | | | | | | | | | | | |
|   Middle | 164 | 64 | 39.0 | 0 | 0.0 | 44 | 26.8 | 0 | 0.0 | 0 | 0.0 | 56 | 34.1 |
|   Northern | 442 | 243 | 55.0 | 2 | 0.5 | 86 | 19.5 | 0 | 0.0 | 8 | 1.8 | 103 | 23.3 |
|   Southern | 308 | 139 | 45.1 | 2 | 0.6 | 67 | 21.8 | 2 | 0.6 | 8 | 2.6 | 90 | 29.2 |
| Florida | | | | | | | | | | | | | |
|   Middle | 1,017 | 417 | 41.0 | 2 | 0.2 | 169 | 16.6 | 0 | 0.0 | 13 | 1.3 | 416 | 40.9 |
|   Northern | 263 | 99 | 37.6 | 2 | 0.8 | 70 | 26.6 | 2 | 0.8 | 2 | 0.8 | 88 | 33.5 |
|   Southern | 1,680 | 862 | 51.3 | 0 | 0.0 | 99 | 5.9 | 0 | 0.0 | 27 | 1.6 | 692 | 41.2 |
| Georgia | | | | | | | | | | | | | |
|   Middle | 447 | 263 | 58.8 | 3 | 0.7 | 40 | 8.9 | 0 | 0.0 | 46 | 10.3 | 95 | 21.3 |
|   Northern | 606 | 198 | 32.7 | 1 | 0.2 | 53 | 8.7 | 1 | 0.2 | 15 | 2.5 | 338 | 55.8 |
|   Southern | 500 | 314 | 62.8 | 5 | 1.0 | 76 | 15.2 | 0 | 0.0 | 11 | 2.2 | 94 | 18.8 |

Of the 64,142 National cases, 246 were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range.

SOURCE:  U.S. Sentencing Commission, 2022 Datafile, USSCFY22.

## Table 10

### SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE
### BY TYPE OF CRIME
### Fiscal Year 2022

**National**

| TYPE OF CRIME | TOTAL | WITHIN GUIDELINE RANGE N | WITHIN GUIDELINE RANGE % | UPWARD N | UPWARD % | §5K1.1 N | §5K1.1 % | §5K3.1 N | §5K3.1 % | DOWNWARD N | DOWNWARD % | VARIANCE N | VARIANCE % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 63,896 | 26,785 | 41.9 | 361 | 0.6 | 6,626 | 10.4 | 6,623 | 10.4 | 2,956 | 4.6 | 20,545 | 32.2 |
| Child Pornography | 1,435 | 489 | 34.1 | 10 | 0.7 | 28 | 2.0 | 3 | 0.2 | 68 | 4.7 | 837 | 58.3 |
| Drug Trafficking | 19,923 | 5,468 | 27.4 | 68 | 0.3 | 4,104 | 20.6 | 1,638 | 8.2 | 973 | 4.9 | 7,672 | 38.5 |
| Firearms | 9,310 | 4,753 | 51.1 | 73 | 0.8 | 482 | 5.2 | 9 | 0.1 | 350 | 3.8 | 3,643 | 39.1 |
| Fraud/Theft/Embezzlement | 5,488 | 2,303 | 42.0 | 63 | 1.1 | 714 | 13.0 | 9 | 0.2 | 179 | 3.3 | 2,220 | 40.5 |
| Immigration | 17,597 | 9,334 | 53.0 | 23 | 0.1 | 204 | 1.2 | 4,933 | 28.0 | 887 | 5.0 | 2,216 | 12.6 |
| Money Laundering | 1,191 | 310 | 26.0 | 12 | 1.0 | 315 | 26.4 | 11 | 0.9 | 58 | 4.9 | 485 | 40.7 |
| Robbery | 1,444 | 542 | 37.5 | 8 | 0.6 | 181 | 12.5 | 0 | 0.0 | 75 | 5.2 | 638 | 44.2 |
| Sex Abuse | 1,499 | 610 | 40.7 | 16 | 1.1 | 85 | 5.7 | 0 | 0.0 | 75 | 5.0 | 713 | 47.6 |
| Other Miscellaneous Offenses | 6,009 | 2,976 | 49.5 | 88 | 1.5 | 513 | 8.5 | 20 | 0.3 | 291 | 4.8 | 2,121 | 35.3 |

**Western Washington**

| TYPE OF CRIME | TOTAL | WITHIN GUIDELINE RANGE N | WITHIN GUIDELINE RANGE % | UPWARD N | UPWARD % | §5K1.1 N | §5K1.1 % | §5K3.1 N | §5K3.1 % | DOWNWARD N | DOWNWARD % | VARIANCE N | VARIANCE % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 373 | 123 | 33.0 | 1 | 0.3 | 8 | 2.1 | 0 | 0.0 | 1 | 0.3 | 240 | 64.3 |
| Child Pornography | 20 | 4 | 20.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 16 | 80.0 |
| Drug Trafficking | 139 | 5 | 3.6 | 0 | 0.0 | 4 | 2.9 | 0 | 0.0 | 0 | 0.0 | 130 | 93.5 |
| Firearms | 22 | 6 | 27.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 16 | 72.7 |
| Fraud/Theft/Embezzlement | 40 | 12 | 30.0 | 0 | 0.0 | 2 | 5.0 | 0 | 0.0 | 0 | 0.0 | 26 | 65.0 |
| Immigration | 3 | 1 | 33.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 2 | 66.7 |
| Money Laundering | 13 | 0 | 0.0 | 0 | 0.0 | 1 | 7.7 | 0 | 0.0 | 0 | 0.0 | 12 | 92.3 |
| Robbery | 2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 2 | 100.0 |
| Sex Abuse | 15 | 1 | 6.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 | 6.7 | 13 | 86.7 |
| Other Miscellaneous Offenses | 119 | 94 | 79.0 | 1 | 0.8 | 1 | 0.8 | 0 | 0.0 | 0 | 0.0 | 23 | 19.3 |

Of the 64,142 National cases, 246 were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range.

Of the 374 cases from the Western District of Washington, one case was excluded because information was missing from the from the submitted documents that prevented the comparison of the sentence and the guideline range.

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.